UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEOFFREY JOHN WELLS, ) | |
| ) | 2:07-CV-00946-PMP-GWF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| JOHN DOE, ) | |
| ) | |
| Defendant . ) | |

      Before the Court for consideration is Plaintiff Geoffrey Wells' Application for Leave to Proceed in Forma Pauperis (Doc. #3), filed July 17, 2007. On January 18, 2008, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report and Recommendation (Doc. #5) recommending that Plaintiff's Application for Leave to Proceed in Forma Pauperis should be denied without prejudice.

      The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's Report and Recommendation is Affirmed.

///

///

///

///

1     **IT IS THEREFORE ORDERED** that Plaintiff Geoffrey Wells' Application for
2 Leave to Proceed <u>in Forma Pauperis</u> (Doc. #3) is DENIED.
3
4 DATED:  February 5, 2008.

                                                      _____
                                                      PHILIP M. PRO
                                                      United States District Judge